In re Claim of Blunk against Estate of Meyer: Blunk, Claimant, Respondent, vs. Meyer, Executor, Appellant.

For the appellant: *L. J. Fellenz* and *Reilly & Cosgrove,* all of Fond du Lac.

For the respondent: *Eberlein & McCarthy* of Shawano.

*By the Court.*—Judgment affirmed.

*March 7, 1939.*

Will of Cleveland: Scheid and others, Appellants, vs. Makoben, Respondent.

For the appellants: *Beyer, Powers & Arnold,* attorneys, and *John J. Sullivan* of counsel, all of Milwaukee.

For the respondent: *R. J. Schimmel,* attorney, and *Martin R. Paulsen* of counsel, both of Milwaukee.

*By the Court.*—Order and judgment affirmed.

Acres, Appellant, vs. Fromm and another, Respondents.

For the appellant: *Bogue, Sanderson & Kammholz* of Portage.

For the respondents: *Sanborn, Blake & Aberg, Ernest H. Pett,* and *Edwin Conrad,* all of Madison.

*By the Court.*—Order affirmed.

A motion for a rehearing was denied, with $25 costs, on March 7, 1939.